HON. JAMES L. ROBART

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MARIAH MEADE, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO NEUROSCIENCE, INC.,<br><br>Defendant. | Case No. 3:26-cv-5734-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING RULING ON ORDER TO SHOW CAUSE**<br><br>**Note Date**: October 6, 2026 |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Mariah Meade, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant Apollo Neuroscience, Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly move the Court to stay case proceedings, including motion to dismiss briefing, pending the Court's ruling on its Order to Show Cause ("OSC") whether this case should be remanded to state court. Dkt. 20.

On June 3, 2026, Plaintiff filed this putative class action in Pierce County Superior Court. Dkt. 1-2. On July 6, 2026, Defendant removed this action to this Court. Dkt. 1. On July 24, 2026, the Court granted the Parties' second stipulated motion to extend Defendant's time to respond to the Complaint to September 4, 2026 and set a briefing schedule if Defendant filed a motion to dismiss. Dkt. 12. Pursuant to that briefing schedule, on September 4, 2026, Defendant filed a Motion to Dismiss Or, Alternatively, to Stay This Action. Dkt. 21 ("Motion"). On October 5, 2026, Plaintiff filed her Opposition to Defendant's Motion. Dkt. 27. Defendant's reply is due on October 26, 2026.



BALLARD SPAHR LLP
ONE FRONT ST., SUITE 2600
SAN FRANCISCO, CA 94111
415.318.2772 FAX: 424.731.8301

On September 2, 2026, the Court issued an OSC as to why this case should not be remanded to Pierce County Superior Court for lack of Article III standing. Dkt. 20. On September 16, 2026, Defendant filed a response to the Court's Order asserting that standing exists but, if the Court has any doubt as to its jurisdiction, it should stay this case. Dkt. 22. On September 23, 2026, Plaintiff filed her response to the Court's Order asserting that standing exists but, if the Court concludes otherwise, it should remand this case. Dkt. 26. The Parties request that the Court stay all proceedings, including motion to dismiss briefing, pending its ruling on the OSC.

Good cause exists for this stipulated stay while the Court considers if Plaintiff has Article III standing. The Court's jurisdiction, including standing, "must be established as a threshold matter" because "without jurisdiction the court cannot proceed at all." *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998) (citation omitted). Additional briefing on Defendant's Motion while the Court determines if it has jurisdiction to adjudicate this matter is unnecessary and wastes the Parties' and Court's resources. Accordingly, the Parties have agreed that Defendant shall provide certain informal discovery to Plaintiff on or before October 12, 2026 and, in light of that agreement, the Parties jointly request that all proceedings and case deadlines be stayed (including the deadline for Defendant's reply in support of its Motion), pending the Court's ruling on the OSC.

Should the Court determine that Plaintiff has Article III standing, within seven (7) days of the Court's ruling, the Parties will submit a proposed stipulated schedule for the remainder of the motion to dismiss briefing schedule, which will require Defendant to file a reply within 21 days thereafter.



BALLARD SPAHR LLP
ONE FRONT ST., SUITE 2600
SAN FRANCISCO, CA 94111
415.318.2772 FAX: 424.731.8301

Dated: October 6, 2026

Respectfully submitted,


*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (*pro hac vice*)
Natalie A. Lyons (*pro hac vice*)
Ian R. Bensberg (*pro hac vice*)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff (*pro hac vice*)
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiff Mariah Meade*

*Applications for admission *pro hac vice* forthcoming

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
One Front St., Suite 2600
San Francisco, CA 94111
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Apollo Neuroscience, Inc.*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this ____ day of October , 2026.

______________________________
THE HON. JAMES L. ROBART

Presented by:

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
One Front St., Suite 2600
San Francisco, CA 94111
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Apollo Neuroscience, Inc.*

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (*pro hac vice*)
Natalie A. Lyons (*pro hac vice*)
Ian R. Bensberg (*pro hac vice*)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff (*pro hac vice*)
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiff Mariah Meade*

*Applications for admission *pro hac vice* forthcoming